UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-336

| | |
|---|---|
| ODAYSIA BRIDGES-WALKER, appearing by and through her guardian ad litem, Jason N. Tuttle,<br>         Plaintiffs,<br><br>v.<br><br>ALLIANCE HEALTH f/k/a ALLIANCE BEHAVIORAL HEALTHCARE, LOCAL MANAGEMENT ENTITY/MANGED CARE ORGANIZATION (LME/MCO); MICHELLE STEVA, individually; HILARY DOSSETT, individually; DENA CANNON, individually; JARRET STONE; individually; ALICE KAY BIRDWHISTELL, individually; TERRY AMES, individually; and SEAN SCHREIBER, individually,<br><br>         Defendants. | PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

NOW COMES, Jason N. Tuttle, by and through undersigned counsel, and pursuant to Rule 17 of the Federal Rules of Civil Procedure and Rule 17.1 of the Local Rules of the Eastern District of North Carolina, and petitions the Court for appointment of a Guardian Ad Litem for Odaysia Bridges-Walker. In support of this petition, Mr. Tuttle respectfully shows unto the Court the following:

1. That Odaysia Bridges-Walker is an incompetent person, whose competency was adjudicated before the Wake County Clerk of Superior Court.

2. That Odaysia Bridges-Walker is a citizen and resident of Granville County, North Carolina.

3. That Odaysia Bridges-Walker suffered personal injuries which are the subject of the

civil action for which the appointment of a Guardian Ad Litem is being sought.

4. That a Guardian Ad Litem should be appointed herein to represent the interests of Odaysia Bridges-Walker, an incompetent person, in this action.

5. That Jason N. Tuttle is a fit, suitable, discreet, disinterested and duly qualified person to act as Guardian Ad Litem for Odaysia Bridges-Walker in this action.

6. That Jason N. Tuttle is an attorney licensed to practice law in North Carolina.

7. That Jason N. Tuttle was appointed as Guardian Ad Litem for Odaysia Bridges-Walker by the Wake County Superior Court in a separate action pending in Wake County Superior Court by an order granted on October 13, 2020.

WHEREFORE, Jason N. Tuttle, by and through undersigned counsel, respectfully prays that the Court appoint him to serve as Guardian Ad Litem for Odaysia Bridges-Walker for the purpose of prosecuting an action on the Incompetent Plaintiff's behalf and appearing for her in this case.

Respectfully submitted, this the 20th day of August, 2021.

**MILLER MONROE & PLYLER, PLLC**

BY: _____
WILLIAM W. PLYLER, N.C. State Bar No.: 10475
JEFFREY R. MONROE, N.C. State Bar No.: 39930
JASON A. MILLER, N.C. State Bar No.: 39923
3321 Trillium Whorl Court
Raleigh, North Carolina 27607
Telephone: 919-809-7346
Facsimile: 919-516-0062
wplyler@millermonroe.com
jmonroe@millermonroe.com
jmiller@millermonroe.com
*Attorneys for Plaintiff*

I CONSENT:

_____
JASON N. TUTTLE
N.C. State Bar # 29479
Everett Gaskins Hancock, LLP
Post Office Box 911
Raleigh, North Carolina 27602


STATE OF NORTH CAROLINA

COUNTY OF WAKE


I, _Melinda T. Lee_____, a Notary Public in and for said County and State, do hereby certify that JASON N. TUTTLE appeared before me this day and acknowledged the due execution of the foregoing Petition for Appointment of Guardian ad Litem.

This the 20th day of August, 2021.

_____
NOTARY PUBLIC  Melinda T. Lee

MY COMMISSION EXPIRES: 6/25/23