UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-336

| | |
|---|---|
| ODAYSIA BRIDGES-WALKER, appearing by and through her guardian ad litem, Jason N. Tuttle,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE HEALTH f/k/a ALLIANCE BEHAVIORAL HEALTHCARE, LOCAL MANAGEMENT ENTITY MANAGED CARE ORGANIZATION (LME/MCO); MICHELLE STEVA, individually; HILARY DOSSETT, individually; DENA CANNON, individually; JARRET STONE, individually; ALICE KAY BIRDWHISTELL, individually; TERRY AMES, individually; SEAN SCHREIBER, individually;<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COME the plaintiff, Odaysia Bridges-Walker, appearing by and through her guardian ad litem, Jason N. Tuttle, and the defendants, Alliance Health f/k/a Alliance Behavioral Healthcare, Local Management Entity Managed Care Organization (LME/MCO), Michelle Steva, Hilary Dossett, Dena Cannon, Jarret Stone, Alice Kay Birdwhistell, Terry Ames, and Sean Schreiber, by and through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate and agree that the above-captioned action is voluntarily dismissed, with prejudice, as to all claims asserted by Plaintiff Odaysia Bridges-Walker.

This the 3rd day of February, 2022.

| | |
|---|---|
| /s/ Jeffrey R. Monroe             _ <br> JEFFREY R. MONROE <br> N.C. State Bar No.: 39930 <br> Attorneys for Plaintiff <br> Miller Monroe & Plyler, PLLC <br> 3321 Trillium Whorl Ct., Suite 100 <br> Raleigh, NC  27607 <br> Telephone: (919) 809-7346 <br> Facsimile: (919) 516-0062 <br> E-mail: jmonroe@millermonroe.com | /s/ Erin McNeil Young           _ <br> ERIN McNEIL YOUNG <br> N.C. Bar No.: 26535 <br> Attorneys for Defendants <br> Hall Booth Smith, P.C. <br> 11215 North Community House Road <br> Suite 750 <br> Charlotte, NC 28277 <br> Telephone:  (980) 859-0380 <br> Fax:  (678) 539-1507 <br> E-mail: eyoung@hallboothsmith.com |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **Stipulation of Voluntary Dismissal** with the Clerk of Court using the CM/ECF system, which will notify counsel and parties of record.

This the 3rd day of February, 2022.

                                                **MILLER MONROE & PLYLER, PLLC**

                                                /s/ Jeffrey R. Monroe
                                                JEFFREY R. MONROE
                                                N.C. State Bar No.: 39930
                                                Attorneys for Plaintiff
                                                Miller Monroe & Plyler, PLLC
                                                3321 Trillium Whorl Ct., Suite 100
                                                Raleigh, NC 27607
                                                Telephone: (919) 809-7346
                                                Facsimile: (919) 516-0062
                                                E-mail: jmonroe@millermonroe.com